ACCEPTED
06-15-00024-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/27/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00024-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/27/2015 8:14:00 AM

DEBBIE AUTREY
Clerk

## *Rodney Boyett, Appellant*
## *v.*
## *State of Texas, Appellee*

### On Appeal from the 6th Judicial District Court
### Lamar County, Texas
### Cause Number 25506

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla**
**445 E. FM 1382 No. 3-718**
**Cedar Hill, Texas 75104**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Appellant Rodney Boyett moves for an extension of time of **30 days** to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1. This case is on appeal from the 6th Court of Appeals of Lamar County, Texas.

2. The case below is styled the *State of Texas v. Rodney Boyett*, and is numbered 25506.

3. On February 3, 2015, sentence was imposed in open court.

4. Appellant was convicted of Conspiracy to Manufacture a Controlled Substance.

5. Appellant is presently on an appeals bond, and was placed on community supervision for a period of three years.

6. The reporter's record was filed on July 7, 2015.

7. The clerk's record was filed on March 31, 2015.

8. The Appellant's Brief is due on **August 6, 2015**.

9. Appellant requests an extension of time of **30 days** from the present due date to file the Appellant's Brief, i.e., until **September 5, 2015**.

10. No previous extension to file the Appellant's Brief has been filed.

11. Appellant relies on the following facts as good cause for the requested extension: Attorney for Appellant just completed a petition for writ of certiorari in

the Supreme Court of the United States in *Murray v. Texas*, 15-67, a brief in the Court of Criminal Appeals in *State v. Hill III*, PD-0019-15, a petition for discretionary review in *Baker v. State*, PD-____-15, and is finalizing a petition for writ of certiorari in the Supreme Court of the United States in *Hill III v. CHD*.

12.     Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

- *Collins v. State*, 08-15-00103 (murder case), appellant's brief due on August 10, 2015 in the Eighth Court of Appeals

- *Jackson v. State*, 05-15-00414-CR, appellant's brief due on August 10, 2015 in the Fifth Court of Appeals

- *Hernandez v. State*, 10-14-00302-CR, reply brief due on August 10, 2015 in the Tenth Court of Appeals

- *Zimmerman v. Harris*, 15-50424, appellant's brief due on August 20, 2015 in the Fifth Circuit

- *Burks v. Price*, 15-40799, appellant's brief (will be due) on September 9, 2015 in the Fifth Circuit

13.     In addition, Attorney for Appellant continues work on a federal habeas corpus death penalty case, *Jones v. Stephens*, 4:05-CV-638-Y.

14.     Further, Attorney for Appellant also continues work on a state habeas corpus death penalty case, *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court.  This case is in its investigation stage and requires considerable amount of time.

3

15.     Finally, Attorney for Appellant continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

16.     Attorney for Appellant has a responsibility to provide Appellant with the effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S. 387, 392 (1985), and Attorney for Appellant believes that that the additional time is necessary to provide such effective appellate counsel.

17.     Attorney for Appellant thus requests the extension so that he may properly prepare the Appellant's Brief in accordance with Attorney for Appellant's standards and to provide Appellant the effective assistance of appellate counsel.

18.     This Motion is not filed for purposes of delay, but so that justice may be served.

## Prayer

Appellant prays that this motion for extension of time to file the Appellant's Brief be granted.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
Email: michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

4

/s/ **Michael Mowla**
Michael Mowla

### Certificate of Service

This certifies that on July 26, 2015, a true and correct copy of this document was served on Gary Young of the District Attorney's Office, Lamar County, by email to gyoung@co.lamar.tx.us.

/s/ **Michael Mowla**
Michael Mowla